**DENIED**

*Terry L. Wooten* 9/17/10

TERRY L. WOOTEN
U.S. DISTRICT JUDGE

L.S. *Mecca T. Evans*

ADDRESSED FROM:
MECCA T. EVANS #13507-171
FEDERAL MEDICAL CENTER
P.O. BOX 1600
BUTNER, N.C. 27509

4:05-CR-1129-TLW-1

ADDRESS TO:
THE HONORABLE; TERRY L. WOOTEN
JOHN McMILLAN FEDERAL BLDG.

RECEIVED
USDC CLERK, FLORENCE, SC
2010 AUG 13

DATED: August 11, 2010

SUBJECT: NOTICE TO CLARIFY, CORRECT AND MODIFY SENTENCE BASED ON THE FOLLOWING FACTS FOR THE RECORD...

On or about April 7, 2006. I was sentenced in front of his Honor. At that time, the Court and His Honor used the following statement from Co-DEFENDANT EDWARD TYRONE PIPKIN That, I MECCA T. EVANS and others plotted to kill CLIFTON BLACKSTOCK.

The Court Sentenced me without The Facts and wouldn't ALLOW me a Three point Reduction; Based on CO-DEFENDANT EDWARD TYRONE PIPKIN'S Statement.

It should be noted for the record that The Government Later gave CO-DEFENDANT PIPKIN and others A POLYGRAPH and CO-DEFENDANT PIPKIN Did FAIL, and the others did not.

Page 1 of 2     Item # 3 points