IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America<br><br>v.<br><br>Mecca Taurice Evans | Crim. No. 4:05-cr-01129-TLW-1<br>C/A No. 4:20-cr-01292-TLW<br><br>**Order** |

This matter comes before the Court for consideration of the Government's motion to stay this habeas proceeding pending the Fourth Circuit's issuance of its mandate in *United States v. Gary*, No. 18-4578 (4th Cir. filed Aug. 15, 2018). For the reasons set forth in the motion, the Court concludes that the outcome of this proceeding will likely be impacted by the final decision in *Gary* and that it would therefore be appropriate to stay this case pending issuance of the mandate in *Gary*. Accordingly, the Government's motion, ECF No. 395, is **GRANTED**. The Government is directed to notify the Court upon issuance of the mandate in *Gary*.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

July 2, 2020
Columbia, South Carolina

1